FILED BY _____ D.C.

05 SEP -1 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**R. DAVID THOMAS, et al.,**

    Plaintiffs,

Case No.: 01-MC-00034 D

v.

**THE UNITED COMPANY, et al.,**

    Defendant.

## ORDER CLOSING MISCELLANEOUS CASE

It appearing to the court that the relief sought in this matter has been resolved.

It is therefore ordered that this case is dismissed as moot, without legal prejudice.

**IT IS SO ORDERED** this _1st_ day of _September_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:01-MC-00034 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Jeffrey Allan Hirsh
GREENBERG TRAURIG
515 East Las Olas Blvd.
Ste. 1500
Fort Lauderdale, FL 33301

Adam T. Goebel
STOLL KEENON & PARK, LLP
2650 AEGON Center
400 West Market St.
Louisville, KY 40202--337

Samuel D. Hinkle
STOLL KEENON & PARK, LLP
2650 AEGON Center
400 West Market St.
Louisville, KY 40202--337

Culver V. Halliday
STOLL KEENON & PARK, LLP
2650 AEGON Center
400 West Market St.
Louisville, KY 40202--337

Honorable Bernice Donald
US DISTRICT COURT